**EXHIBIT LIST**

**Exhibit A – Call Log**

Plaintiff's contemporaneous call log documenting unsolicited telemarketing calls received between September 11, 2023 and January 18, 2024, including dates, times, calling numbers, caller identifiers, and notes reflecting predictive dialer use, prerecorded messages, and business-funding solicitations.

**Exhibit B – National Do Not Call Registry Confirmation**

Confirmation from the National Do Not Call Registry showing Plaintiff's cellular

telephone number (ending in 5904) was registered on August 17, 2023, more than 31 days prior to the first telemarketing call at issue.

## Exhibit C – Funding-Center Website Screenshots

Screenshots of Funding-Center.com and TheFundingCtr.com, including intake pages and footer information, showing the business-funding solicitation funnel referenced during the telemarketing calls.

## Exhibit D – Virtual Office Address Evidence

Documentation and screenshots showing that the address listed on Funding-Center.com (1489 W. Warm Springs Rd., Suite 110, Henderson, Nevada 89014) is a virtual office location and not an operating business headquarters.

## Exhibit E – Direct Funding Communications and Loan Documents

Emails and loan-application communications sent to Plaintiff on February 20, 2024 from Direct Funding Now LLC employees, including application links, follow-up emails, and loan review correspondence, demonstrating the immediate transfer and use of Plaintiff's information obtained through the telemarketing funnel.

| Date | Time | Number | Notes |
|---|---|---|---|
| Sep 11, 2023 | 2:15 PM | 888-895-0189 | Unauthorized automated solicitation call from William w/ "The Funding Center" asked if I needed a loan for my business, I said no this is not a business and to not call back |
| Sep 12, 2023 | 3:31 PM | 888-975-0271 | Unauthorized automated message saying my business qualifies for new low rates, press 1 to get business funding today, hungup |
| Sep 13, 2023 | 2:47 PM | 913-245-3879 | Unauthorized automated solicitation messaage saying to press 1 to qualify my business for funding today. hung up |
| Oct 06, 2023 | 10:04 AM | 571-998-9470 | Unauthorized automated solicitation call from agent with "The Funding Center." Said to stop calling and hung up |
| Oct 06, 2023 | 4:11 PM | 586-786-3628 | Unauthorized automated solicitation call from Bill w/ The Funding Center, asked for the business owner. I told him this was not a business and hung up |
| Nov 08, 2023 | 4:41 PM | 934-542-4883 | Unauthorized automated solicitation call from Harry w/ Business Funding Center, attempted to determine the source responsible for the calling campaign - was told to fill out a request for more info at |
| Nov 10, 2023 | 12:25 PM | 743-208-6515 | Unauthorized automated solicitation call from Harry w/ Business Funding Center, said this was not a business and to stop calling, hung up |
| Dec 19, 2023 | 5:21 PM | 216-433-0376 | Unauthorized automated solicitation call regarding business funding |
| Dec 27, 2023 | 1:28 PM | 984-343-1397 | Unauthorized automated solicitation call from Jason with Funding-center.com, told him this was not a business and to stop calling |
| Jan 18, 2024 | 11:37 AM | 980-360-2170 | Unauthorized automated solicitation call from Jason with Funding Center, requested more info to find out who was responsible for the calls, was told to apply at Funding-center.com  -  https://thefundingctr.com and https://funding-center.com - -have the same address/same company - address is a virtual office - 1489 West Warm Springs Rd. Suite110 Henderson, NV, US 89014 |
| Feb 20, 2024 | | | In order to find out who was really responsible for the calls I filled out a request for more info online at https://funding-center.com I soon received a call back from Jeffrey Anderson w/DIRECT FUNDING and was sent/received loan documents to my email |

*Jeffrey Anderson | Account Executive*

*Phone | Fax | Text: 949-491-9948*

Case 6:25-cv-02506-PGB-LHP     Document 1-1     Filed 12/30/25     Page 4 of 18 PageID 22

# National Do Not Call Registry - Your Registration Is Confirmed

**Verify@donotcall.gov** <Verify@donotcall.gov>                    Thu, Jan 23, 2025 at 10:58 PM
To: modernfam2025@gmail.com

Thank you for registering your phone number with the National Do Not Call Registry. You successfully registered your phone number ending in 5904 on August 17, 2023. Most telemarketers will be required to stop calling you 31 days from your registration date.

Visit                                         to register another number or file a complaint against someone violating the Registry.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please do not reply to this message as it is from an unattended mailbox. Any replies to this email will not be responded to or forwarded. This service is used for outgoing emails only and cannot respond to inquiries.

# Business Search

*The California Business Search provides access to available information for **corporations, limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.*

*Currently, information for Limited*
*ps (e.g. law firms,*

Business          UCC

*and other entity types are **not** **contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.*

### Basic Search

*A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, **remove "C"** from the entity number. Note, **a basic search** will search **only ACTIVE entities** (Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name Reservations, Unincorporated Common Interest Developments, and Out of State Associations). The basic search performs a*

Login

contains ?keyword? search. The Advanced search allows for a ? starts with? filter. To search entities that have a status other than active or to refine search criteria, use the **Advanced** search feature.

### Advanced Search

An Advanced search is required when searching for publicly traded disclosure information or a status other than active.

An Advanced search allows for searching by specific entity types (e.g., Nonprofit Mutual Benefit Corporation) or by entity groups (e.g., All Corporations) as well as searching by ?begins with? specific search criteria.

**Disclaimer:** Search results are limited to the 500 entities closest matching the entered search criteria. If your desired search result is not found within the 500 entities provided, please refine the search criteria using the Advanced search function for additional results/entities. The California Business Search is updated as documents are approved. The data provided is not a complete or certified record.

Although every attempt has been made to ensure that the information contained in the database is accurate, the Secretary of State's office is not responsible for any loss, consequence, or damage resulting directly or indirectly from reliance on the accuracy, reliability, or timeliness of the information that is provided. All such information is provided "as is." To order certified copies or certificates of status, (1) locate an entity using the search; (2)select Request Certificate in the right-hand detail drawer; and (3) complete your request online.

# direct funding

Advanced ∨

| Entity Information | Initial Filing Date | Status | Entity Type | Formed In | Agent |
|---|---|---|---|---|---|
| | 01/28/2015 | Active | Limited Liability Company - CA | CALIFORNIA | GOODALL MCCULLOUGH |

© 2024 CA Secretary of State

Direct Funding Now LLC - Google Drive                                                                      12/22/25, 3:38 PM



## Welcome to Direct Funding Now

**Cody Struckhoff** <cody@directfundingnow.com>                 Mon, Mar 18, 2024 at 3:58 PM
To: "solutionincorporate@gmail.com" <solutionincorporate@gmail.com>

Welcome Michael,

Thank you for your inquiry with us regarding your business funding needs. We need to verify some basic information about your business and then we can review your eligible funding options.

The next step is to complete your online application to receive your loan offers. Please click on the link below to start the funding process.

Review your rates and terms without affecting your credit score!

### Most Popular Use of Our Funds

If you have any questions, please contact me directly. I will be assisting you throughout the funding process.

**Cody Struckhoff** | Customer Success Manager

Page    1    /    1    —    🔍    +

Direct Funding Now LLC - Google Drive

12/22/25, 3:38 PM



**Complete your application!**

**Jeffrey Anderson** <jeffrey@directfundingnow.com>
To: "solutionincorporate@gmail.com" <solutionincorporate@gmail.com>

Tue, Feb 20, 2024 at 6:43 PM

Hi Michael,

We've noticed that **you haven't completed** your application yet. Your pending offers are on stand-by!

Simply          **the rest of this short application** and you'll be able to see which offers you can qualify for - it really is that simple!

If you have any questions, please contact me directly. I will be assisting you throughout the funding process.

**Jeffrey** | Customer Success Manager

Case 6:25-cv-02506-PGB-LHP    Document 1-1    Filed 12/30/25    Page 10 of 18 PageID 28

## Important: Business Loan Review for Sapphire Unlimited LLC

**Jeffrey Anderson** <jeffrey@directfundingnow.com>
To: solutionincorporate@gmail.com

Tue, Feb 20, 2024 at 6:44 PM

Hello Michael.

Per our conversation about funding options for your business....I emailed you our 1 page application link to complete.

The next step is to complete our one-page verification form (sent in a separate email), so my team can complete a cash-flow analysis for your business.
Once completed, please send over your last **4** months of business bank statements (PDF) preferred.

*If you have any questions, feel free to give me a call.*

### Business Loan Options Available

- SBA 7a (10-year terms)
- Working Capital Loan (2-year terms)
- Business Line of Credit (2-year terms)
- Equipment Financing (5-year terms)
- Fixed Term Loan (5-year terms)



Most Popular Uses Of Our Loans

## Business Funding Done Right

We customize our financial products to fit the needs of our clients.

# Quick, Flexible Business Loans & Lines of Credit



It's FREE and won't affect your credit score.



$2,000,000                    in minutes                    as 4 hours

The Funding Center – Quick, Flexible Business Loans & Lines of Credit – theexpertconsultation    12/22/25, 2:15 PM

business term loan

short term loan

sba loan

working capital
loans

equipment
financing

business line of
credit

## Application

Answer just a few questions about your business to see which lending products you qualify for.

## Dedicated Specialist

We'll pair you with an experience lending specialist who will reach out to get to know your business.

## Funding Options

Your lending specialist will help you compare your offers, crunch the numbers and find the best product.



95% APPROVAL RATES ▶

24 HOUR FUNDING PROCESS ▶

FLEXIBLE TERMS AND PAYMENT OPTIONS ▶

A COMPANY YOU CAN TRUST ▶

LOWEST COST OF FUNDS ▶

MINIMAL PAPERWORK ▶











**Welcome to Direct Funding Now**

**Jeffrey Anderson** <jeffrey@directfundingnow.com>          Tue, Feb 20, 2024 at 6:42 PM
To: "solutionincorporate@gmail.com" <solutionincorporate@gmail.com>

Welcome Michael,

Thank you for your inquiry with us regarding your business funding
needs. We need to verify some basic information about your business
and then we can review your eligible funding options.

The next step is to complete your online application to receive your
loan offers. Please click on the link below to start the funding process.

Review your rates and terms without affecting your credit score!