AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **6:25-cv-02506-PGB-LHP**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Direct Funding Now LLC**
was recieved by me on  **1/07/2026**:

☐   I personally served the summons on the individual at *(place)* on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Koy Saechao**, who is designated by law to accept service of process on behalf of **Direct Funding Now LLC** at **2710 Gateway Oaks Dr Ste 150N, Sacramento, CA 95833** on **01/08/2026** at **1:43 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and $ **75.00** for services, for a total of $ **75.00**.

I declare under penalty of perjury that this information is true.

Date:  01/09/2026

_____
Server's signature

**John Hudson**
Printed name and title

**3308 El Camino Ave**
**Suite #300 - PMB 106**
**Sacramento, CA 95821**

_____
Server's address

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; COMPLAINT AND JURY DEMAND; EXHIBITS,  to Koy Saechao who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 35-45 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.**





Tracking #: 0202723807