SEP 16 2026 PM1:27
FILED - USDC - FLMD - ORL

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF FLORIDA**

**ORLANDO DIVISION**

**SOMMER SHERWOOD,**

Plaintiff,

v. Case No. 6:25-cv-02506-PGB-CAB

**DIRECT FUNDING NOW, LLC;**

**KENNETH MANESSE;**

**CHRISTIAN MURILLO; and**

**JOHN DOE CALLERS 1–10,**

Defendants.

_______________________________________/

# PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS KENNETH MANESSE AND CHRISTIAN MURILLO ONLY

Plaintiff Sommer Sherwood, proceeding pro se, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice of the voluntary dismissal **without**

**prejudice of all claims against Defendants Kenneth Manesse and Christian Murillo only.**

Neither Kenneth Manesse nor Christian Murillo has served an answer or a motion for summary judgment.

This Notice is filed as a separate filing consistent with the Court's August 4, 2026 Endorsed Order (Doc. 28).

This dismissal applies only to Defendants Kenneth Manesse and Christian Murillo. It does not dismiss or otherwise affect Plaintiff's claims against Defendant Direct Funding Now, LLC or John Doe Callers 1–10.

Respectfully submitted this 16th day of September, 2026.

**SOMMER SHERWOOD, Pro Se**

1848 Morgan's Mill Circle

Orlando, Florida 32825

Telephone: 336-901-1506

Email: sherwoodsommer1@gmail.com

/s/ Sommer Sherwood

**Sommer Sherwood**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 16, 2026, I served a true and correct copy of the foregoing by mail upon:

Peter Bartoszek, Esq.

Wicker, Smith, O'Hara, McCoy & Ford, P.A.

pbartoszek@wickersmith.com

390 North Orange Avenue, Suite 1000

Orlando, Florida 32801

Counsel for Defendant Direct Funding Now, LLC

/s/ Sommer Sherwood

**Sommer Sherwood**